# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SKYLEUR YOUNG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COOL STORAGE OF LAS VEGAS, *et al.*,<br><br>　　　　Defendants. | EDCV 19-02204 TJH (SPx)<br><br><br>*Remand Order* |

　　This case stems from a motor vehicle accident. Plaintiffs were the driver and passengers of a vehicle parked on the shoulder of the Interstate 15 Freeway. Defendant Manuel Caldera was driving a truck owned by Defendant Transco Leasing Co., Inc. ["Transco] and leased to Caldera's employer, Defendant Cool Storage of Las Vegas, LLC. ["Cool Storage"]. This case was filed in the San Bernardino Superior Court and, then, removed by Transco and Cool Storage asserting diversity jurisdiction.

　　In the Notice of Removal, Defendants contend that each Plaintiff's amount in controversy exceeded $75,000.00. However, each Plaintiff's Statement of Damages attached to the removed complaint itemized each of their damages. The sum of the itemized damages is exactly $75,000.00 for each Plaintiff.

　　For the Court to have diversity jurisdiction, here, each Plaintiff's amount in

controversy must exceed $75,000.00.  28 U.S.C. §§ 1332(a) and 1441.  Defendants, as the removing parties, had the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeded $75,000.00 for each Plaintiff.  *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).  The claims and damages of each Plaintiff, here, cannot be aggregated because those claims and damages are not based on a common undivided claim or interest.  *See Pinel v. Pinel*, 240 U.S. 594, 596 (1916).  Consequently, Defendants failed to meet their burden to establish the existence of diversity jurisdiction.  *See Sanchez*.

"Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance."  *Gaus v. Miles*, 980 F.2d 564, 566 (9th Cir. 1992).

Accordingly,

**It is Ordered** that this case be, and hereby is, **Remanded**.

Date: June 2, 2020

_____
**Terry J. Hatter, Jr.**
**Senior United States District Judge**